IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Amy Armstrong, | ) | C/A: 3:15-610-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER REGARDING |
| vs. | ) | UPCOMING SUMMARY |
| | ) | JUDGMENT HEARING |
| Blazin Wings, Inc.; Leon Curtis Croft, | ) | |
| individually and as an employee/agent of | ) | |
| Blazin Wings, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

It has been this court's practice for several years to select cases to be argued at the University of South Carolina School of Law so as to give the students there an opportunity to observe good courtroom procedures.

This case has been selected as a case that would be interesting and challenging to the law students. For that reason, the hearing that was originally scheduled to begin at 10:00 a.m. on Tuesday, January 19, will now begin at 10:30 a.m. that same day in the auditorium of the law school at 701 S. Main Street in Columbia. This order is being entered so as to apprise the attorneys of the reasons for the time and location changes.

The law school will provide two marked parking spaces in the faculty parking lot; one for plaintiff's counsel, and one for defense counsel.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.

January 14, 2016
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge