IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Amy Armstrong,<br><br>       Plaintiff,<br><br>vs.<br><br>Blazin Wings, Inc. and Leon Curtis Croft,<br>individually and as an employee/agent<br>of Blazin Wings, Inc.,<br><br>       Defendants. | C/A No. 3:15-cv-610-JFA<br><br><br>**ORDER** |

The court, having been advised by counsel that the parties have settled, hereby orders that this action be dismissed in its entirety with prejudice, each party to bear its own costs and fees.

IT IS SO ORDERED.

April 20, 2016　　　　　　　　　　　　　　　　Joseph F. Anderson, Jr.
Columbia, South Carolina　　　　　　　　　　　United States District Judge